UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARK PROCTOR,<br><br>           Plaintiff,<br>  v.<br>AETNA LIFE INSURANCE COMPANY, *et al*.,<br>           Defendants.<br>_____/ | No. C 13-02985 MEJ<br><br>**ORDER AMENDING DEADLINE TO AMEND PLEADINGS IN CASE MANAGEMENT ORDER** |

On October 2, 2013, the Court issued the Case Management Scheduling Order in this action. Dkt. No. 10. The deadline for the parties to amend pleadings is changed from 12/6/2014 to **12/6/2013.**

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
Maria-Elena James
United States Magistrate Judge